5/6/25

Dear Judge CJ Williams,

I am writing to you on behalf of Bryce Hans Plower, who is set to appear before you for sentencing. I realize the charges against him are serious. I would like to provide some insight into Bryce's character. The charges against him are not a direct reflection of the son I raised.

I raised my sons in a single-parent home. Although we did not have alot, we always had enough and abundant love. Life has thrown many hardships our way, but we have always managed to get through them with family strength, love, and fight. We are a very close family. We spend all holidays together, vacation together, and do everything as a family. This was the first holiday season that we have not spend together as a family and the most difficult to get through.

We lived with my Mom when Bryce was first born. Bryce and my Mom share a very special bond. He rents her garage converted to a house. He pays his bills on time, maintains an extremely clean house, and helps his Grandma out in any way needed. My Mom is 80 years old and, it absolutely breaks my heart, that they may never get the chance to spend any more time together.

Bryce was a good child. He graduated high school in the top of his class. He was respected by his teachers, never got into trouble, and got along well with everyone. He still maintains friendships with most of his classmates. He went on to college and earned his associates degree and was on Dean's List for duration of college. After college, Bryce was hired by Hy-Vee initially as a customer service representative. He was a good worker, and after helping out in the pharmacy, he went through training and became a Pharmacy Tech. He was well respected and trusted by customers and coworkers. He developed a close relationship/friendship with the Pharmacist, Mike. Mike passed away unexpectedly in February of 2023, which was very difficult for Bryce and his fellow coworkers. Bryce worked at Hyvee for around 15 years before this all happened. I work at GNC and share some of same customers. They are always praising Bryce and telling me how knowledgeable, friendly, and respectful he is. They call him Dr. Bryce and only wanted to deal with him after Mike's death.

Bryce and his brother, Brady are best friends. Bryce has always been there for Brady. They spent almost every night together playing cards, eating supper, watching movies, or just hanging out. Brady relies on Bryce and looks up to him. He can always count on Bryce to look out for him, give him advice, and provide support, both emotionally and financially. I have always trusted that, if something would ever happen to me, that my boys would have each other for emotional support. Practically every Sunday of NFL football season, Bryce, my brother and I would get together and watch football. We would take turns providing the food and just spend good quality time together. My brother has cancer and our football Sundays provided a distraction for him.

Bryce is my protector and my lifeline. I have a tendency to work too much, sleep too little, and forget to take care of myself. He is always there to support me and help me out. Even while in jail, he worries about me and checks up on me daily.

My son is a good man who made some bad decisions. Everyone makes mistakes in life and deserve not to pay for them for the rest of their lifes. Sometimes good people make bad choices. It does not mean they are bad. It shows they are human. One incident does not define a lifetime. Bryce has owned his mistake. He has lost his reputation, career, and so much precious family time. He regrets and has accepted responsibility for his actions.

I am a heartbroken Mom! My boys and my granddaughter are my world and all I have. I am praying you will read and consider all these things when making your judgement.

Thank you for your time, understanding, and consideration.

*Sheila Plower*

Sheila Plower

May 20, 2025

Dear Judge CJ Williams,

I am writing this letter regarding my grandson, Bryce Plower, who is set to appear before you. My name is Sandra Marsh.

We have always been very close. As a child and young man, Bryce was always a very generous person and so caring of everyone. He knows I like "peeps" candies and everytime a new flavor came out, he would bring me home some to try. On special occasions, he would always buy me flowers and a special gift. When he was in preschool, his mom babysat and he would bring some of his lunch home for the kids or something for his dog in his pocket. He was always thoughtful of others.

As a renter, he rented my apartment and always kept his bills paid and also a very clean house. He shoveled my drive in winter to help and also mowed my front

yard in summer. I am 80 and appreciate all he did to help me.

I love him so much, but am not excusing what he has done. I was so shocked when they took him away. I know he has a long road ahead of him, but, hopefully I will be able to have him home again.

Respectfully,

*Sandra I Marsh*

Sandra I Marsh

# Amanda Neff

**From:** Brady VanAmburg <​████████████>
**Sent:** Saturday, June 28, 2025 9:02 PM
**To:** Amanda Neff

Judge CJ Williams

My brother, Bryce Plower, has been a beacon in my life. He's the kind of person who would give you the shirt off his back and never ask for it back. Whether it was school troubles, life struggles, financial issues, or just needing someone to talk to, Bryce was always there with an open heart and an open mind. He was deeply loved by his peers, coworkers, and, most of all, his family.

Bryce has always been my constant my sounding board, my support system, and my best friend. He never met me with judgment, no matter the situation. He had a rare ability to reframe difficult circumstances with grace and compassion, helping others see light in the darkest moments. He was my rock.

He also embodied the courage it takes to right a wrong. I remember being twelve years old when my mom got a call in the middle of the night Bryce had received a DUI. The first thing he said when we arrived wasn't "I'm okay," it was "I'm sorry." That moment marked a turning point in his life. He quit drinking, focused on his education, and often spoke about how even from rock bottom, life can change for the better.

If our family needed anything whether it was a prescription from town or just a random grocery run Bryce was the one to do it, often without being asked. He went out of his way, every day, to show up for the people he loved.

I don't recognize the person described in the charges against him. What I do know is my brother. If he didn't confide in me, something must have been weighing on him so heavily that he didn't know how to speak it aloud. That silence is what makes all of this so painful and confusing.

Your Honor, I respectfully ask you to look at my brother through a broader lens. Please see the man he's been his entire life not just the person he may have been in his worst moment. I don't ask for this out of blind loyalty, but because I truly believe Bryce is capable of learning, changing, and becoming stronger from this. He has always taken accountability for his actions, and I know he's ready to face this with honesty and humility.

Our family needs him not just to come home, but to heal and rebuild. I believe that with the right support, he can emerge from this not only having learned from it, but ready to be an even better version of the man we've always known.

Thank you for your time and consideration.

Sincerely,
Brady VanAmburg
████████████

1
Case 1:24-cr-00091-CJW-MAR    Document 47-1    Filed 09/24/25    Page 5 of 16

Sherry L. Betzer



The Honorable Judge, C. J. Williams, Chief Judge
United States District Court
Northern District of Iowa
Date: May 2, 2025

**RE:** Character Reference Letter for Bryce Hans Plower, Case Number: 1:24-cr-00091

Dear Honorable Judge C. J. Williams,

I am writing this letter on behalf of my family member, Bryce Hans Plower, who is currently before your court. My name is Sherry Betzer, the maternal aunt of Bryce for the last 37 years, witnessing both his personal and professional journey firsthand. It is a pleasure to provide a character reference for Bryce.

I am aware of the seriousness of the charges against Bryce, and I do not wish to downplay the gravity of the situation. However, I firmly believe that this incident is not reflective of his true character and would like you to take this letter into consideration when determining Bryce's case.

In short, Bryce is a good person, exhibiting qualities that are admirable and indicative of his nature. He has always been kind and generous to others. He has a strong sense of duty which applies to his job, family and community.

Bryce is hardworking, dependable, and courteous as reflected in his employment at the Hy Vee Pharmacy for 15 years and a review of his tenure will certainly confirm this fact. He is a popular pharmacy technician, and many customers would ask for "Dr Bryce" as he was very informative and considerate of the customers in explaining information about their prescriptions. Bryce would go to work, come home and then spend time with family.

His commitment to family values and dedication to helping others has been evident in every aspect of his life. Always willing to lend a helping hand to family members in need when funds were short, and they were not able to meet their monthly bills to picking up groceries for his mother and elderly grandmother just because he thought they could use them.

Bryce is very meticulous and paid close attention to details. Bryce moved into his first apartment in 2020 and insisted that everything in his house be kept neat and tidy and in its place. Bryce cleaned his house on a regular basis and by this, I mean walls, floors and windows top to bottom. A big joke in the family was we could eat off the floors and this was very evident as I would make frequent visits. Another instance, I remember him as a small child and practicing his writing skills, he would have the paper about worn out from erasing until the letters were written perfectly.

In conclusion, it must be difficult for you to make decisions like this when you do not actually know the person standing in front of you, so I hope you take this letter and the countless others you are receiving into consideration when determining Bryce's case to truly understand the kind of person Bryce is and what a pleasure it is to have him in my life. I believe that he is a person of integrity who made a mistake and deserves a chance to demonstrate his commitment to making amends.

If you require any further information or have any questions, please do not hesitate to contact me at ▮▮▮ or ▮▮▮.

Thank you for considering my perspective.

Sincerely.

Sherry L. Betzer

*Sherry L Betzer* (signature)

Kylie Ann Bauer

[address redacted]

05/08/2025

The Honorable Judge C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa

RE: Character Reference Letter for Bryce Hans Plower, Case Number: 1:24-cr-00091

Dear Honorable Judge C.J. Williams,
I am a cousin to Bryce Hans Plower, who is currently before your court. I have the privilege to write this letter in support of Bryce and I hope to provide you with a broader understanding of his character beyond the circumstances currently defining his situation.

Bryce has always exhibited qualities that are admirable and indicative of his good nature. He displays compassion, dedication, persistence, and he is always reliable. For instance, he is always the first person to be there when his family needs something. He has always put his family first in every situation. He is always willing to help our elderly family members whenever they are in need of anything. I have known Bryce my entire life and he is always compassionate and reliable under any circumstances or situation. Lastly, Bryce has always looked on the positive side of every situation and continues to push forward no matter what life throws at him. He is very head strong and will do anything it take for his family.

I can truly understand how difficult it is for you to have to make a decision of this type and under these circumstances, without really knowing the person in front of you, but I trust in God that you can look at this letter and fell all the support that the family and friends of Bryce are trying to provide you. All this in order to tell you that we trust your wise decision, always considering the best for everyone.

If you have any further question please reach out to me at [redacted] or [redacted]

Thank you,
Kylie Ann Bauer

May 21, 2025

Dear Judge CJ Williams,

  I, Melanie Sue Sakulin, am Bryce Hans Plower's maternal aunt. I have known Bryce for 37 years. I am a registered nurse, a wife and mother to three children. The charges brought against Bryce last year have left me shocked to say the least. Bryce was a quiet shy kid who worked hard, graduated high school and went on to obtain his pharmacy technician certification. He was quite proud of this accomplishment. I have had the pleasure of watching Bryce grow from an infant to adulthood and accomplish the milestones in between. Bryce was a role model to my three children (ages 21, 15, 13). Bryce has a love for UFC, WWE wrestling and the NFL. Bryce was always involved in family gatherings and would spend his own money to ensure my three kids would have a gift from him.

  I am writing to the court to ask for some leniency and to see Bryce as a good person beyond his charges. I understand the seriousness of the charges and don't condone the behavior. Bryce will accept the responsibility for his bad decisions and his sentencing but ultimately the charges at hand do not clearly define him as a human being. Bryce was involved in my children's lives and never once made them nor I uncomfortable. Bryce is an intelligent, trustworthy and sincere person. I sincerely hope that the sentencing is fair and just and that the court respectfully takes my letter into consideration at the time of Bryce's sentencing.

Sincerely,


Melanie Sue Sakulin

[REDACTED]

May 10. 2025

Dear Judge CJ Williams,

I have known Bryce Plower for 37 years. He is one of the most caring and considerate people. He would often bring home groceries for me and drop them off at my home when I couldn't get out. Bryce will help anyone that needs it. He was very hardworking and dedicated to his job. He would make it to work every day in all types of weather. He often worked the holidays to give coworkers with children the day off to spend with their kids.

He is the best friend and my great nephew. We do not have to like what he did, but I will always be there for him.

*Judy A. Mohr*
Judy A Mohr

**City of Prairieburg**
**109 West Main Street**
**Prairieburg, Iowa 52219-8826**



05/21/2025

Dear Judge CJ Williams,

I am writing to you in my official capacity as the City Clerk of Prairieburg. It is in this role that I have come to know Bryce Plower, a life-time resident of our community, and I wish to offer a character reference on their behalf.

During the time I have known Bryce, he always paid his utility bill to the City of Prairieburg on time. He also would get us a donation from his work every year for our Santa Event. He would also always donate his poker chips each Halloween for our event so the kids could use them to vote for pumpkins.

In my professional experience, I interact with a wide range of residents, and it is clear to me that Bryce is someone who takes their responsibilities seriously and genuinely cares about making amends when mistakes are made.

While I do not seek to diminish the seriousness of the matter before the court, I hope that you will take this letter into consideration as one perspective on Bryce's character. I firmly believe that he will have the potential to continue contributing positively to our community.

Respectfully,

**Kailee Lewis**
City Clerk
City of Prairieburg

*Telephone (319) 437-1444*
*Email: prairie@netins.net*

# Amanda Neff

**From:** Patsy Rundle <​███████████████​>
**Sent:** Friday, May 30, 2025 7:09 PM
**To:** Amanda Neff
**Subject:** Bryce Plower character reference

Dear Judge CJ Williams,

I have known Bryce since the day he was born. He has always been thoughtful, even as a young child. My son had surgery when Bryce was probably 3, he brought down his toys to cheer him up. He has looked out and helped family members get groceries, pick up medications and called to check on his elder aunts. Bryce worked at Hyvee and I have witnessed customers ask for him. He would be patient and help. If he didn't know the answer he would find it out for them.
I understand the seriousness of Bryces charges, and feel that he should have the chance to make it right. He has family support, he has skills and has held a job for many years. If counseling and rehabilitation could benefit, I feel it would be a better sentence . He could get the coping skills to rebuild his life.

Thank you for your consideration.
Patsy Lee Rundle

1

**From:** Tiffany Bechen <███████████>
**Sent:** Wednesday, May 21, 2025 11:02 PM
**To:** Amanda Neff
**Subject:** Work Character Reference for Bryce Plower

To Whom It May Concern,

I am writing in reference to Bryce Plower regarding our professional relationship and his conduct in the workplace.

During the time I worked with Bryce, he proved to be an extremely valued colleague and employee. He consistently demonstrated a high level of knowledge and expertise in his role. His willingness to help others and mentor fellow team members contributed positively to our work environment. Customers deeply appreciated his service and often asked for him by name—a testament to the trust and respect he earned. It was not uncommon for him to be affectionately referred to as "Dr. Plower" due to the exceptional skill and care he brought to his work.

Throughout our time working together, I observed only professionalism, kindness, humor, and unwavering dedication to his responsibilities. Bryce's character and work ethic made a lasting impression on those around him.

Sincerely,
Tiffany Bechen
Certified Pharmacy Technician
Hy-Vee Pharmacy
5/21/2025

Yahoo Mail: Search, Organize, Conquer

1

# Amanda Neff

**From:** Ginger McNamara <​█████████>
**Sent:** Friday, June 27, 2025 3:18 PM
**To:** Amanda Neff
**Subject:** Reference for pharmacy tech

Hello there,

I'm not sure on saying the right thing, but I will say that the days I have worked with Bryce,( for more than 10 years) he is a very good pharmacy tech. He knows his work and how to follow through on difficult challenges
He was always pleasant to the patients and his co-workers.. no matter the circumstances.

I have always found Hanz to be pleasant, caring and courteous. It was a pleasure working with him.

Praying for him.

~Ginger

# Amanda Neff

**From:** Holly Bailey <​█████████████>
**Sent:** Sunday, June 29, 2025 10:38 AM
**To:** Amanda Neff
**Subject:** Bryce Plower

Amanda,
My name is Holly Kilbride. I am a 36 year old mother, wife, daughter, and friend.
I have known Bryce most of my life.
He was a very sound voice of reason in my high school. Well respected by students and staff alike. I can't imagine what changed within him to make the choices he made.
In the Pharmacy he was always so pleasant, knowledgeable. Always one to help anyone understand. Go out of his way to help those who needed it.
He was always a family man. Well respected by his friends and family. Always a sounding board for anyone's concerns or problems. He had a way of making things manageable. Helping people understand and breakdown their issues into manageable size!
I wish he would have been able to talk to me when having his own problems. The man I knew and considered a friend would never hurt a soul. He would never hurt someone's feelings. He would go out of his way to be a decent man for any and everyone. I don't understand how he could have gotten so far off track. I hope he is getting the help he clearly needs.
I know we need him back. We need our Bryce back. Rehabilitation has to be possible for our Bryce, the man his family and friends can depend on.
Thank you for the consideration.
Holly (Bailey) Kilbride

My name is Josh Rundle and I am writing to you today as a personal character reference for Bryce Plower. I understand that the court is now considering the sentencing of Bryce, and I believe it is important for the court to understand his character from my perspective, as a lifelong friend and family member.

I have known Bryce my whole life. Over the time I've known him I have witnessed him to be a good person and a good moral character. Bryce has shown himself to be hard-working, family-oriented, and of sound values. He has always been there for me and my family anytime needed.

Despite the charges that Bryce is facing, I firmly believe that his actions are not a true reflection of his character. I believe if these accusations did come to pass that he was simply seeking companionship, all be it in the wrong place, but not with malicious intent.